SEDGWICK LLP
ROBERT HARKINS (State Bar No.179525)
robert.harkins@sedgwicklaw.com
JENNIFER MING (State Bar No. 260367)
jiaming.shang@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
KENNETH W. DELONG and
FEMTOSOFT TECHNOLOGIES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL J. KANE and MESA PHOTONICS, LLC,<br><br>*Plaintiffs and Counterclaim Defendants,*<br><br>v.<br><br>KENNETH W. DELONG, FEMTOSOFT TECHNOLOGIES, and DOES 1-10,<br><br>*Defendants and Counterclaimants.* | Case No. 3:12-CV-05437-EMC<br><br>**STIPULATION RE SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER** |

## STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants KENNETH W. DELONG and FEMTOSOFT TECHNOLOGIES (collectively "Defendants") have retained Robert Harkins and the law firm of Sedgwick, LLP, 333 Bush St., 30th Floor, San Francisco, CA 94104, whose telephone number is (415) 781-7900, and whose e-mail address is robert.harkins@sedgwicklaw.com, to represent them in place of Joshua M. Masur and the law firm of Turner Boyd LLP.  Defendants hereby request the Court to permit Sedgwick LLP to substitute as counsel of record for Turner Boyd LLP.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel.
Dated: January 8, 2013            /s/ Kenneth W. DeLong_____
                                   Kenneth W. DeLong


I consent to this substitution of counsel.
Dated: January 8 2013             /s/ Kenneth W. DeLong_____
                                   Femtosoft Technologies


I consent to this substitution of counsel and am admitted to this Court.

Dated: January 8, 2013            SEDGWICK LLP
                                   /s/ Robert Harkins_____
                                   Robert Harkins

                                   Attorneys for KENNETH W. DELONG and
                                   FEMTOSOFT TECHNOLOGIES

I consent to this substitution of counsel.

Dated: January 8, 2013            TURNER BOYD LLP
                                   /s/ Joshua M. Masur_____
                                   Joshua M. Masur

                                   Former attorneys for KENNETH W. DELONG and
                                   FEMTOSOFT TECHNOLOGIES

I hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.
                                   /s/ Robert Harkins_____
                                   Robert Harkins

1
**[PROPOSED] ORDER**

2  It is so ordered.

3  Dated: _____3/11/13_____      _____
       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/3641329v1

3
SUBSTITUTION OF COUNSEL FOR DEFENDANTS