1  SEDGWICK LLP
   ROBERT HARKINS (State Bar No.179525)
2  robert.harkins@sedgwicklaw.com
   JENNIFER MING (State Bar No. 260367)
3  jiaming.shang@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104-2834
   Telephone:     415.781.7900
5  Facsimile:     415.781.2635

6  Attorneys for Defendants
   KENNETH W. DELONG and
7  FEMTOSOFT TECHNOLOGIES

8
                        UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

| | |
|---|---|
| DANIEL J. KANE and MESA PHOTONICS, LLC, | Case No. 3:12-CV-05437-EMC |
| *Plaintiffs and Counterclaim Defendants,* | **STIPULATION RE SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER** |
| v. | |
| KENNETH W. DELONG, FEMTOSOFT TECHNOLOGIES, and DOES 1-10, | |
| *Defendants and Counterclaimants.* | |

# STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants KENNETH W. DELONG and FEMTOSOFT TECHNOLOGIES (collectively "Defendants") have retained Robert Harkins and the law firm of Sedgwick, LLP, 333 Bush St., 30th Floor, San Francisco, CA 94104, whose telephone number is (415) 781-7900, and whose e-mail address is robert.harkins@sedgwicklaw.com, to represent them in place of Joshua M. Masur and the law firm of Turner Boyd LLP.  Defendants hereby request the Court to permit Sedgwick LLP to substitute as counsel of record for Turner Boyd LLP.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel.
Dated: January 8, 2013                    /s/ Kenneth W. DeLong_____
                                          Kenneth W. DeLong

I consent to this substitution of counsel.
Dated: January 8 2013                     /s/ Kenneth W. DeLong_____
                                          Femtosoft Technologies

I consent to this substitution of counsel and am admitted to this Court.

Dated: January 8, 2013                    SEDGWICK LLP
                                          /s/ Robert Harkins_____
                                          Robert Harkins

                                          Attorneys for KENNETH W. DELONG and
                                          FEMTOSOFT TECHNOLOGIES

I consent to this substitution of counsel.

Dated: January 8, 2013                    TURNER BOYD LLP
                                          /s/ Joshua M. Masur_____
                                          Joshua M. Masur

                                          Former attorneys for KENNETH W. DELONG and
                                          FEMTOSOFT TECHNOLOGIES

I hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.
                                          /s/ Robert Harkins_____
                                          Robert Harkins

1  **[PROPOSED] ORDER**

2  It is so ordered.

3  Dated: _____3/11/13_____   _____

4  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*