| | |
|---|---|
| WILLIAM H. WRIGHT (SB 161580)<br>wwright@orrick.com<br>MICHAEL D. OWENS (SB 266191)<br>mowens@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, California  90017<br>Telephone:     +1-213-629-2020<br>Facsimile:      +1-213-612-2499<br><br>Attorneys for Plaintiffs<br>Daniel J. Kane and Mesa Photonics, LLC | SEDGWICK LLP<br>ROBERT HARKINS (State Bar No. 179525)<br>robert.harkins@sedgwicklaw.com<br>JENNIFER MING (State Bar No. 260367)<br>jennifer.ming@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834<br>Telephone:     415.781.7900<br>Facsimile:      415.781.2635<br><br>Attorneys for Defendants<br>Kenneth W. DeLong,<br>Femtosoft Technologies and Femtosoft Technologies, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Daniel J. Kane and Mesa Photonics, LLC,<br><br>                              Plaintiffs,<br><br>            v.<br><br>Kenneth W. DeLong, Femtosoft Technologies, Femtosoft Technologies, LLC and DOES 1-10,<br><br>                              Defendants. | Case No. 3:12-cv-05437-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge:        Edward M. Chen |

1    WHEREAS, Plaintiffs Daniel J. Kane and Mesa Photonics, LLC and Defendants Kenneth W. DeLong, Femtosoft Technologies and Femtosoft Technologies, LLC have settled this matter on mutually-agreeable terms.

       NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

       1.    The above-captioned action is dismissed with prejudice in its entirety.

       2.    Each party shall bear its own costs and attorneys' fees.

       3.    The Clerk shall close this file.

Dated: August 6, 2013      ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ William H. Wright*
       WILLIAM H. WRIGHT
       MICHAEL D. OWENS

Attorneys for Plaintiffs,
Daniel J. Kane and Mesa Photonics, LLC

Dated: August 6, 2013      SEDGWICK LLP

By:    */s/ Robert Harkins*
       ROBERT HARKINS
       JENNIFER MING

Attorneys for Defendants,
Kenneth W. DeLong, Femtosoft Technologies,
Femtosoft Technologies, LLC

### DECLARATION OF CONSENT

Pursuant to L.R. 5-1 and General Order No. 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert Harkins.

Dated: August 6, 2013      ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ William H. Wright*
       WILLIAM H. WRIGHT
       MICHAEL D. OWENS

Attorneys for Plaintiffs,
Daniel J. Kane and Mesa Photonics, LLC

IT IS SO ORDERED

_____
Edward M. [Chen]
U.S. Distri[ct Judge]

*[Seal: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]*