WILLIAM H. WRIGHT (SB 161580)
wwright@orrick.com
MICHAEL D. OWENS (SB 266191)
mowens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Plaintiffs
Daniel J. Kane and Mesa Photonics, LLC

SEDGWICK LLP
ROBERT HARKINS (State Bar No. 179525)
robert.harkins@sedgwicklaw.com
JENNIFER MING (State Bar No. 260367)
jennifer.ming@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
Kenneth W. DeLong,
Femtosoft Technologies and Femtosoft
Technologies, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Daniel J. Kane and Mesa Photonics, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Kenneth W. DeLong, Femtosoft Technologies, Femtosoft Technologies, LLC and DOES 1-10, <br><br> Defendants. | Case No. 3:12-cv-05437-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** <br><br> Judge: Edward M. Chen |

1  WHEREAS, Plaintiffs Daniel J. Kane and Mesa Photonics, LLC and Defendants Kenneth W.
2  DeLong, Femtosoft Technologies and Femtosoft Technologies, LLC have settled this matter on
3  mutually-agreeable terms.
4      NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of
5  Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between
6  the parties, through their undersigned counsel of record, that:
7      1.    The above-captioned action is dismissed with prejudice in its entirety.
8      2.    Each party shall bear its own costs and attorneys' fees.
9      3.    The Clerk shall close this file.

Dated: August 6, 2013    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ William H. Wright*
        WILLIAM H. WRIGHT
        MICHAEL D. OWENS

Attorneys for Plaintiffs,
Daniel J. Kane and Mesa Photonics, LLC

Dated: August 6, 2013    SEDGWICK LLP

By:    */s/ Robert Harkins*
        ROBERT HARKINS
        JENNIFER MING

Attorneys for Defendants,
Kenneth W. DeLong, Femtosoft Technologies,
Femtosoft Technologies, LLC

## DECLARATION OF CONSENT

Pursuant to L.R. 5-1 and General Order No. 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert Harkins.

Dated: August 6, 2013    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    */s/ William H. Wright*
        WILLIAM H. WRIGHT
        MICHAEL D. OWENS

Attorneys for Plaintiffs,
Daniel J. Kane and Mesa Photonics, LLC

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]